IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| REBECCA NEGRETE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-00062-O |
| | § | |
| QUIKTRIP CORPORATION, | § | JURY DEMANDED |
|     Defendant. | § | |

**JOINT REPORT REGARDING MEDIATION**

Plaintiff Rebecca Negrete and Defendant QuikTrip Corporation ("the Parties") hereby submit the following Joint Report Regarding Mediation and would respectfully show the Court as follows:

The Parties initially attended mediation on November 28, 2023, via Zoom videoconference with mediator Gary G. Berman. In attendance were Plaintiff Rebecca Negrete, her counsel Mahtab Doty, Defendant's representative Rebecca Jewell (with full authority to settle the case), and Defendant's counsel Michael W. Stumbaugh. The case settled at mediation. The parties advise the Court that all matters in controversy between the parties have been settled prior to trial.

The parties respectfully request 45 additional days to finalize and fund settlement and to submit dismissal documents to the Court.

Respectfully submitted,

/s/ Mahtab Doty (with permission)

**Mahtab Doty**
State Bar No. 24105031
dotym@loncarlyonjenkins.com
**Loncar Lyon Jenkins**
424 S. Cesar Chavez Blvd.
Dallas, Texas 75201
214-584-6475 (telephone)
214-206-8329 (fax)

**ATTORNEY FOR PLAINTIFF**

**- AND -**

/s/ Michael W. Stumbaugh

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Michael W. Stumbaugh**
State Bar No. 24041987
mstumbaugh@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (fax)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record, in accordance with and pursuant to the Federal Rules of Civil Procedure on January 10, 2024.

/s/ Michael W. Stumbaugh

Michael W. Stumbaugh