IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| REBECCA NEGRETE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00062-O |
| QUIKTRIP CORPORATION, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This case has been resolved, settled, and compromised for $1,000.00.

2. All claims asserted in this matter are **DISMISSED with prejudice** to the refiling of the same.

3. This Judgment fully and finally resolves all issues between Plaintiff and Defendant. Any relief not specifically granted in this Judgment is **DENIED** and any parties or claims not otherwise disposed of are **DISMISSED**.

4. The costs and expenses shall be borne by the party incurring the same.

**SO ORDERED** this **18th** day of **March, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**